No. 2650.—HONORE POTTIER *v.* WM. M. STRICKLAND et al.—WM. M. STRICKLAND *v.* HYATT and GILLESPIE.

The sale of a judgment will be staid by injunction, if the judgment debtor has been notified of the transfer before the seizure was made, provided the transfer was made *bona fide.*

APPEAL from Thirteenth District Court, parish of Tensas. *Hough*, J. *Julius Aroni*, for plaintiff and appellant. *Farrar & Reeves*, for defendants and appellees.

LUDELING, C. J. On the thirteenth day of April, 1868, Honoré Pottier obtained an injunction to prevent the defendants from selling a judgment, rendered in the suit of R. C. Hyatt *v.* Joseph Dunbar, on the ground that the judgment belonged to him.

The evidence satisfies us that the judgment should have been taken originally in favor of Pottier, and that the transfer thereof by Hyatt, after the judgment had been obtained, was made *bona fide*, and that the said transfer was notified to the judgment debtor before the seizure in this case. C. C, arts. 2612, 2613.

It is therefore ordered, adjudged and decreed that the judgment of the district court be affirmed, with costs of appeal.